IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH KALBUS, | No. C 12-80260 WHA |
| Petitioner, | |
| v. | **ORDER TERMINATING MISCELLANEOUS ACTION AND FOR REFILING AS A MOTION IN CIVIL NO. 12-3858** |
| THIRD DEGREE FILMS, INC., | |
| Respondent. | |

Upon review of this miscellaneous matter, this order determines that the "motion and notice of motion for order to quash or vacate the subpoena" should have been filed as a motion in *Third Degree Films, Inc. v. Does 1–178*, Civil No. 12-3858, before Chief Magistrate Judge Maria-Elena James. This miscellaneous action should not have been created and is therefore **CLOSED**. Pro se petitioner Sarah Kalbus shall be **REFUNDED** the fee paid to open this action.

**IT IS SO ORDERED.**

Dated: October 30, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE